IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| PHYLLIS MARIA HARRIS, | : |
| Plaintiff, | : |
| vs. | :  Civil Action 19-0044-KD-MU |
| WALTER LEE BROCK, et al., | : |
| Defendants. | : |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 8, 2019, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Plaintiff Phyllis Maria Harris cannot represent State Farm before this Court and, therefore, any claims she purports to pursue on State Farm's behalf are **DISMISSED WITHOUT PREJUDICE** and State Farm is hereby **STRICKEN** from the style of this action. The style of this case will appear in all future documents as follows: Phyllis Maria Harris, Plaintiff vs. Walter Lee Brock, et al., Defendants.

It is further **ORDERED** that Rev. Preston L. Scarbrough, a non-attorney, cannot represent Plaintiff Harris in this Court and, therefore, Harris' Appointment of Representative form naming Scarbrough as her representative (Doc. 5) is **STRICKEN**.

Done this the 26th day of March 2019.

                                         s/ Kristi K. DuBose
                                         KRISTI K. DuBOSE
                                         CHIEF UNITED STATES DISTRICT JUDGE