IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PHYLLIS MARIA HARRIS, | : | |
| Plaintiff, | : | |
| vs. | : | Civil Action No. 19-0044-KD-MU |
| WALTER LEE BROCK, *et al.*, | : | |
| Defendants. | : | |

ORDER

After due and proper consideration of the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 5, 2019, is ADOPTED as the opinion of this Court.

Accordingly, Defendant Walter Lee Brock's Rule 12(b)(1) motion to dismiss Plaintiff's complaint for lack of subject matter jurisdiction (doc. 6) is GRANTED and this action is DISMISSED without prejudice for lack of subject-matter jurisdiction

Plaintiff's motion for reconsideration (doc. 13) is DENIED.

Done and Ordered this the 23rd day of April 2019.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE